ERIC GRANT
United States Attorney
ANGELA ALEXANDER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO ISLAS,<br>Defendant. | CASE NO. 1:26-CR-00081-KES<br><br>JOINT STATUS REPORT<br>TO CONTINUE PRELIMINARY HEARING<br><br>DATE: October 21, 2026<br>TIME: 2:00 P.M.<br>COURT: Hon. Erica P. Grosjean |

Per the request of the Court, both parties jointly file this status report requesting a continuance of the preliminary hearing set for October 21, 2026 to October 27, 2026 at 2:00pm. THEREFORE, defendant Eduardo Islas, by and through his counsel of record Adilene Flores Estrada ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Angela Alexander, hereby state:

1. By order of the Court, this case is set for preliminary hearing on October 21, 2026, at 2:00pm.

2. Defense Counsel needs more time to discuss the case with the client, probation and the government.

3. Given this information, both parties stipulate that the Preliminary Hearing should be continued to October 27, 2026 at 2:00pm.

4. The government does not object to the continuance.

Dated: October 19, 2026

ERIC GRANT
United States Attorney

/s/ ANGELA ALEXANDER
ANGELA ALEXANDER
Assistant United States Attorney

Dated: October 19, 2026

/s/ Adilene Flores Estrada
Adilene Flores Estrada
Counsel for Defendant
Eduardo Islas

**ORDER**

IT IS SO ORDERED.

Dated: **October 20, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE